UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN CORRAL, | No. 2:15-cv-0829 AC P (TEMP) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| FOLSOM STATE PRISON, | |
| Defendant. | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). (<u>See</u> ECF No. 7.)

  By order filed April 28, 2015, plaintiff was directed to file an in forma pauperis affidavit or pay the appropriate filing fees. (ECF No. 4.) On June 8, 2015, plaintiff moved for a thirty day extension of time in which to file an in forma pauperis affidavit. Plaintiff justified the extension based on his confinement at California Health Care Facility in Stockton, California, where he alleged that he lacked access to a law library or to his legal materials. (ECF No. 8.) One week later, plaintiff filed a motion to stay this action because he was "currently in a mental health crisis bed & ha[d] been for over a month." (ECF No. 9.) In response to these filings, the court granted plaintiff a thirty day extension of time in which to either file an in forma pauperis affidavit or pay the required filing fees, but did not stay the action. (ECF No. 10.)

1

On July 8, 2015, plaintiff filed a motion for a ninety day extension of time to file an in forma pauperis affidavit. (ECF No. 11.) Plaintiff therein stated that he had been institutionalized by the California Department of State Hospitals, and anticipated remaining in this setting for as long as three months; in the meantime, plaintiff alleged, his legal documents remained at North Kern State Prison. (Id.) On July 27, 2015, the court filed an order granting plaintiff a ninety day extension of time in which to either file an in forma pauperis affidavit or pay the required filing fees. (ECF No. 12.)

More than ninety days have passed, and plaintiff has failed to either file an in forma pauperis affidavit or pay the filing fees in this action. Out of an abundance of caution, given plaintiff's allegations regarding his mental health status, the court will grant plaintiff a final thirty day extension of time in which to apply to proceed in forma pauperis herein. Plaintiff is informed that neither a law library nor legal documents are needed to complete the in forma pauperis affidavit. Plaintiff is nevertheless cautioned, first, that the application form includes a section that must be completed by a prison official, and second, that the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $50.00 administrative fee, or a properly completed application to proceed in forma pauperis on the form provided with this order.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

3. Plaintiff's failure to fully and properly comply with this order will result in dismissal of this action without prejudice. No further extensions of time will be granted.

DATED: November 10, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2