UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOLSOM STATE PRISON,<br><br>　　　　Defendant. | No.  2:15-cv-0829 AC P (TEMP)<br><br><br>ORDER &<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed June 17, 2015, plaintiff was granted a thirty day extension of time in which to file an in forma pauperis affidavit or pay the appropriate filing fees.  (ECF No. 10.)  By an order filed July 27, 2015, plaintiff was granted a ninety day extension of time in which to file an in forma pauperis affidavit or pay the appropriate filing fees.  (ECF No. 11.)  By an order filed November 12, 2015, plaintiff was granted a thirty day extension of time in which to file an in forma pauperis affidavit or pay the appropriate filing fees.  (ECF No. 14.)  In the latter order, plaintiff was cautioned as follows: "Plaintiff's failure to fully and properly comply with this order will result in dismissal of this action without prejudice.  No further extensions of time will be granted."  (Id. at 2.)

　　　　The thirty day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee, and has not otherwise responded to the court's order.

////

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a
2  district judge in this action.
3  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
4  These findings and recommendations are submitted to the United States District Judge
5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6  after being served with these findings and recommendations, any party may file written
7  objections with the court and serve a copy on all parties.  Such a document should be captioned
8  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
9  objections shall be filed and served within fourteen days after service of the objections.  The
10 parties are advised that failure to file objections within the specified time may waive the right to
11 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
12 DATED: December 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2